B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
### District of Nevada

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Desert Capital REIT, Inc. | |

| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): 20-0495883 | |
|---|---|
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>1291 W. Galleria Drive, Suite 200<br>Henderson, NV | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Clark County     ZIP CODE  89014 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7   ☑ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check **one** box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor** (Form of Organization)

☐ Individual (Includes Joint Debtor)
☑ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

### VENUE

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

☑ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2                          Name of Debtor  Desert Capital REIT, In

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _[signature]_____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| Taberna Preferred Funding VI, Ltd. | |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| _TP Management LLC, its Collateral Manager_ | |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| Taberna Preferred Funding VIII, Ltd. | |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| Sage Trust | Santoro, Driggs, Walch, Kearney, Holley & Thompson |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| | 400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | (702) 791-0308 |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Taberna Preferred Funding VI, Ltd.  _By TP Management LLC its Collateral Manager_ | Trust Preferred Securities | 25,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Taberna Preferred Funding VIII, Ltd. | Trust Preferred Securities | 5,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Sage Trust and other lenders identified on Attachment A | Guaranty Obligation | 13,700,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 43,700,000.00 |

___5___ continuation sheets attached

B 5 (Official Form 5) (12/07) -- Page 2                                  Name of Debtor  Desert Capital REIT, In

                                                                         Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>Taberna Preferred Funding VI, Ltd.<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x_____<br>Signature of Attorney                    Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| x_[signature]_EV_____<br>Signature of Petitioner or Representative (State title)<br>Taberna Preferred Funding VIII, Ltd.<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x_____<br>Signature of Attorney                    Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Sage Trust<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x_____<br>Signature of Attorney                    Date<br>Santoro, Driggs, Walch, Kearney, Holley & Thompson<br>Name of Attorney Firm (If any)<br>400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Address<br>(702) 791-0308<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Taberna Preferred Funding VI, Ltd. | Trust Preferred Securities | 25,000,000.00 |
| Taberna Preferred Funding VIII, Ltd. | Trust Preferred Securities | 5,000,000.00 |
| Sage Trust and other lenders identified on Attachment A | Guaranty Obligation | 13,700,000.00 |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 43,700,000.00 |

_5_ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2        Name of Debtor  Desert Capital REIT, In

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____  
Signature of Petitioner or Representative (State title)  
Taberna Preferred Funding VI, Ltd.  
Name of Petitioner                        Date Signed  

Name & Mailing Address of Individual Signing in Representative Capacity

x_____  
Signature of Attorney                     Date  
Name of Attorney Firm (If any)  
Address  
Telephone No.

x_____  
Signature of Petitioner or Representative (State title)  
Taberna Preferred Funding VIII, Ltd.  
Name of Petitioner                        Date Signed  

Name & Mailing Address of Individual Signing in Representative Capacity

x_____  
Signature of Attorney                     Date  
Name of Attorney Firm (If any)  
Address  
Telephone No.

x  *Jeff Holloway, trustee*  
Signature of Petitioner or Representative (State title)  
Sage Trust                      4/20/11  
Name of Petitioner              Date Signed  

Name & Mailing Address of Individual Signing in Representative Capacity  
Jeff Holloway  
Box 292  
Sun Valley, ID. 83353

x_____  
Signature of Attorney                     Date  
Santoro, Driggs, Walch, Kearney, Holley & Thompson  
Name of Attorney Firm (If any)  
400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101  
Address  
(702) 791-0308  
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Taberna Preferred Funding VI, Ltd. | Trust Preferred Securities | 25,000,000.00 |
| Taberna Preferred Funding VIII, Ltd. | Trust Preferred Securities | 5,000,000.00 |
| Sage Trust and other lenders identified on Attachment A | Guaranty Obligation | 13,700,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 43,700,000.00 |

_5_ continuation sheets attached

# ATTACHMENT A
# TO INVOLUNTARY PETITION

**Name of Debtor:** Desert Capital REIT, Inc.
**Case No.:** _____

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Deborah K. Rich (trustee)_<br>Signature of Petitioner or Representative (State title)<br><br>_Rich Living Survivor's Trust UAD 7/10/98_<br>Name of Petitioner as _amended_ Date Signed _4/20/11_<br><br>Name & Mailing   _Deborah Rich_<br>Address of Individual  _1281 Fourth St._<br>Signing in Representative _Monterey, CA_<br>Capacity                          _93940_ | x_____<br>Signature of Attorney         Date<br><br>Santoro, Driggs, Walch, Kearney, Holley & Thompson<br>Name of Attorney Firm<br>400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Address<br>(702) 791-0308<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br><br>_____<br>Name of Petitioner         Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x_____<br>Signature of Attorney         Date<br><br>Santoro, Driggs, Walch, Kearney, Holley & Thompson<br>Name of Attorney Firm<br>400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Address<br>(702) 791-0308<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br><br>_____<br>Name of Petitioner         Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x_____<br>Signature of Attorney         Date<br><br>Santoro, Driggs, Walch, Kearney, Holley & Thompson<br>Name of Attorney Firm<br>400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Address<br>(702) 791-0308<br>Telephone No. |

## ATTACHMENT A
## TO INVOLUNTARY PETITION

**Name of Debtor:** Desert Capital REIT, Inc.
**Case No.:**_____

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Joseph A K Bellh_ <br> Signature of Petitioner or Representative (State title) <br><br> x Belk Family Trust/Partnership 4/20/11 <br> Name of Petitioner      Date Signed <br><br> Name & Mailing  Joseph A Bellh <br> Address of Individual 44 Quail Hollow Dr / Henderson <br> Signing in Representative NV 89014 <br> Capacity  General Manager <br> 6.72% | x_____ <br> Signature of Attorney      Date <br><br> Santoro, Driggs, Walch, Kearney, Holley & Thompson <br> Name of Attorney Firm <br> 400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101 <br> Address <br> (702) 791-0308 <br> Telephone No. |
| x _Joseph A K Bellsing_ <br> Signature of Petitioner or Representative (State title) <br><br> Joseph A De Bellis CAP Profsharing 4/20/11 <br> Name of Petitioner      Date Signed <br><br> Name & Mailing  Joseph A De Bellis <br> Address of Individual 44 Quail Hollow Dr <br> Signing in Representative Henderson NV 89014 <br> Capacity  Trustee <br> 9.24% | x_____ <br> Signature of Attorney      Date <br><br> Santoro, Driggs, Walch, Kearney, Holley & Thompson <br> Name of Attorney Firm <br> 400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101 <br> Address <br> (702) 791-0308 <br> Telephone No. |
| x_____ <br> Signature of Petitioner or Representative (State title) <br><br> Name of Petitioner      Date Signed <br><br> Name & Mailing <br> Address of Individual <br> Signing in Representative <br> Capacity | x_____ <br> Signature of Attorney      Date <br><br> Santoro, Driggs, Walch, Kearney, Holley & Thompson <br> Name of Attorney Firm <br> 400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101 <br> Address <br> (702) 791-0308 <br> Telephone No. |

1

## ATTACHMENT A
## TO INVOLUNTARY PETITION

Name of Debtor: Desert Capital REIT, Inc.
Case No.:_____

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title): *Laurence R. Meyerson* | Signature of Attorney / Date: x_____ |
|---|---|
| Name of Petitioner: Laurence R. Meyerson — Date Signed: 4/20/11 | Name of Attorney Firm: Santoro, Driggs, Walch, Kearney, Holley & Thompson |
| Name & Mailing Address of Individual Signing in Representative Capacity: Laurence R. Meyerson, 10620 Southern Highlands Pkwy, Suite 110-452, Las Vegas, NV 89141 | Address: 400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Telephone No.: (702) 791-0308 |
| x *Deborah L. Fairman-Shoofey* Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
| Name of Petitioner: Deborah L. Fairman-Shoofey — Date Signed: | Name of Attorney Firm: Santoro, Driggs, Walch, Kearney, Holley & Thompson |
| Name & Mailing Address of Individual Signing in Representative Capacity: D.L. Fairman, 10624 S. Eastern #A644, Henderson NV 89052, Trustee | Address: 400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Telephone No.: (702) 791-0308 |
| x_____ Signature of Petitioner or Representative (State title) | x_____ Signature of Attorney / Date |
| Name of Petitioner: ___ Date Signed: ___ | Name of Attorney Firm: Santoro, Driggs, Walch, Kearney, Holley & Thompson |
| Name & Mailing Address of Individual Signing in Representative Capacity: | Address: 400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Telephone No.: (702) 791-0308 |

1

## ATTACHMENT A
## TO INVOLUNTARY PETITION

Name of Debtor: <u>Desert Capital REIT, Inc.</u>
Case No.:_____

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _/s/ Carl G. W____ TTE_<br>Signature of Petitioner or Representative (State title)<br><br>_Russel E. Warthen_<br>Name of Petitioner  4-20-2011 Date Signed<br><br>Name & Mailing _P.O. Box 12276_<br>Address of Individual<br>Signing in Representative _L.V. Nv. 89112_<br>Capacity | x_____<br>Signature of Attorney        Date<br><br>Santoro, Driggs, Walch, Kearney, Holley & Thompson<br>Name of Attorney Firm<br>400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Address<br>(702) 791-0308<br>Telephone No. |
| x _/s/ Carl G. W____ TTE_<br>Signature of Petitioner or Representative (State title)<br><br>_Judith Lilly Trust_<br>Name of Petitioner  4-20-11 Date Signed<br><br>Name & Mailing _P.O. Box 12276_<br>Address of Individual<br>Signing in Representative _L.V. Nv. 89112_<br>Capacity | x_____<br>Signature of Attorney        Date<br><br>Santoro, Driggs, Walch, Kearney, Holley & Thompson<br>Name of Attorney Firm<br>400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Address<br>(702) 791-0308<br>Telephone No. |
| x _/s/ Carl G. W____ POA_<br>Signature of Petitioner or Representative (State title)<br><br>_R. Mark Warthen_<br>Name of Petitioner  4-20-11 Date Signed<br><br>Name & Mailing _P.O. Box 12276_<br>Address of Individual<br>Signing in Representative _L.V. Nv. 89112_<br>Capacity | x_____<br>Signature of Attorney        Date<br><br>Santoro, Driggs, Walch, Kearney, Holley & Thompson<br>Name of Attorney Firm<br>400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Address<br>(702) 791-0308<br>Telephone No. |

1

# ATTACHMENT A
# TO INVOLUNTARY PETITION

**Name of Debtor:** Desert Capital REIT, Inc.
**Case No.:** _____

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner          Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x_____<br>Signature of Attorney          Date<br><br>Santoro, Driggs, Walch, Kearney, Holley & Thompson<br>Name of Attorney Firm<br>400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Address<br>(702) 791-0308<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner          Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x_____<br>Signature of Attorney          Date<br><br>Santoro, Driggs, Walch, Kearney, Holley & Thompson<br>Name of Attorney Firm<br>400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Address<br>(702) 791-0308<br>Telephone No. |
| x _/s/ Michelle K. Carmer_  Assistant Vice President<br>Signature of Petitioner or Representative (State title)<br><br>Wells Fargo Bank, N.A., Trustee   4/21/2011<br>Name of Petitioner          Date Signed<br>          Michelle K. Carmer<br>Name & Mailing     Wells Fargo Bank<br>Address of Individual 100 E. Thousand Oaks Blvd. #121<br>Signing in Representative Thousand Oaks, CA 91360<br>Capacity | x_____<br>Signature of Attorney          Date<br><br>Santoro, Driggs, Walch, Kearney, Holley & Thompson<br>Name of Attorney Firm<br>400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Address<br>(702) 791-0308<br>Telephone No. |

## ATTACHMENT A
## TO INVOLUNTARY PETITION

**Name of Debtor:** Desert Capital REIT, Inc.
**Case No.:** _____

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_ POA<br>Signature of Petitioner or Representative (State title)<br><br>Shannon Samuels<br>Name of Petitioner   4-20-2011  Date Signed<br><br>Name & Mailing  P.O. Box 12276<br>Address of Individual  Las N. 89112<br>Signing in Representative<br>Capacity | x _____<br>Signature of Attorney          Date<br><br>Santoro, Driggs, Walch, Kearney, Holley & Thompson<br>Name of Attorney Firm<br>400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Address<br>(702) 791-0308<br>Telephone No. |
| x _[signature]_ POA<br>Signature of Petitioner or Representative (State title)<br><br>Tara Madsen<br>Name of Petitioner  4-20-2011  Date Signed<br><br>Name & Mailing  P.O. Box 12276<br>Address of Individual  Las N. 89112<br>Signing in Representative<br>Capacity | x _____<br>Signature of Attorney          Date<br><br>Santoro, Driggs, Walch, Kearney, Holley & Thompson<br>Name of Attorney Firm<br>400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Address<br>(702) 791-0308<br>Telephone No. |
| x _[signature]_ POA<br>Signature of Petitioner or Representative (State title)<br><br>Paige E. Worthen<br>Name of Petitioner             Date Signed<br><br>Name & Mailing  P.O. Box 12276<br>Address of Individual  Las N. 89112<br>Signing in Representative<br>Capacity | x _____<br>Signature of Attorney          Date<br><br>Santoro, Driggs, Walch, Kearney, Holley & Thompson<br>Name of Attorney Firm<br>400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Address<br>(702) 791-0308<br>Telephone No. |

2

## ATTACHMENT A
## TO INVOLUNTARY PETITION

**Name of Debtor:** Desert Capital REIT, Inc.
**Case No.:** _____

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_<br>Signature of Petitioner or Representative (State title)<br><br>David Wathen Wainwright<br>Name of Petitioner     Date Signed<br>4-20-2011<br>Name & Mailing<br>Address of Individual   P.O. Box 12276<br>Signing in Representative  Las Vegas, NV<br>Capacity                 89112 | x _____<br>Signature of Attorney     Date<br><br>Santoro, Driggs, Walch, Kearney, Holley & Thompson<br>Name of Attorney Firm<br>400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Address<br>(702) 791-0308<br>Telephone No. |
| x _[signature]_ TTE<br>Signature of Petitioner or Representative (State title)<br><br>Noah M. Tucker Trust<br>Name of Petitioner  4-20-2011 Date Signed<br>Name & Mailing<br>Address of Individual  P.O. Box 12276<br>Signing in Representative  LV Nev. 89112<br>Capacity | x _____<br>Signature of Attorney     Date<br><br>Santoro, Driggs, Walch, Kearney, Holley & Thompson<br>Name of Attorney Firm<br>400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Address<br>(702) 791-0308<br>Telephone No. |
| x _[signature]_<br>Signature of Petitioner or Representative (State title)<br><br>John M. Wathen<br>Name of Petitioner     Date Signed<br>Name & Mailing<br>Address of Individual   2226 McDuole<br>Signing in Representative  Henderson NV 89074<br>Capacity | x _____<br>Signature of Attorney     Date<br><br>Santoro, Driggs, Walch, Kearney, Holley & Thompson<br>Name of Attorney Firm<br>400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Address<br>(702) 791-0308<br>Telephone No. |

3

## ATTACHMENT A
## TO INVOLUNTARY PETITION

**Name of Debtor:** Desert Capital REIT, Inc.
**Case No.:** _____

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _John M Walther PGA_<br>Signature of Petitioner or Representative (State title)<br>_Rebecca Warthen_<br>Name of Petitioner     Date Signed _4-20-11_<br>Name & Mailing<br>Address of Individual  _2228 Midvale T._<br>Signing in Representative  _Henderson NV 89074_<br>Capacity | x _____<br>Signature of Attorney         Date<br><br>Santoro, Driggs, Walch, Kearney, Holley & Thompson<br>Name of Attorney Firm<br>400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Address<br>(702) 791-0308<br>Telephone No. |
| x _Russell E. W_____<br>Signature of Petitioner or Representative (State title)<br>_Russell E. Warthen IRA_<br>Name of Petitioner  _4-20-11_  Date Signed<br>Name & Mailing  _First Savings Bank_<br>Address of Individual  _Custodian_<br>Signing in Representative _7605 E. Flamingo Rd._<br>Capacity  _L.V. NV. 89121_ | x _____<br>Signature of Attorney         Date<br><br>Santoro, Driggs, Walch, Kearney, Holley & Thompson<br>Name of Attorney Firm<br>400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Address<br>(702) 791-0308<br>Telephone No. |
| x _Russell E. W____  TTE_<br>Signature of Petitioner or Representative (State title)<br>_Russell E. Warthen_<br>Name of Petitioner  _4/20-11_  Date Signed<br>Name & Mailing  _P.O. Box 12276_<br>Address of Individual<br>Signing in Representative  _L.V. NV. 89112_<br>Capacity | x _____<br>Signature of Attorney         Date<br><br>Santoro, Driggs, Walch, Kearney, Holley & Thompson<br>Name of Attorney Firm<br>400 S. Fourth Street, 3rd Floor, Las Vegas, NV 89101<br>Address<br>(702) 791-0308<br>Telephone No. |